Revised 03/06 WDNY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES DISTRICT COURT FILED SEP 30 2016 MARY C. LOEWENGUTH, CLERK WESTERN DISTRICT OF NY

**FORM TO BE USED IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**
(Prisoner Complaint Form)

16 CV 786 G

All material filed in this Court is now available via the INTERNET. See **Pro Se Privacy Notice** for further information.

## 1. CAPTION OF ACTION

**A. Full Name And Prisoner Number of Plaintiff: NOTE:** *If more than one plaintiff files this action and seeks in forma pauperis status, each plaintiff must submit an in forma pauperis application and a signed Authorization or the only plaintiff to be considered will be the plaintiff who filed an application and Authorization.*

1. James Ray Dixon 98517
2. ______

-VS-

**B. Full Name(s) of Defendant(s) NOTE:** *Pursuant to Fed.R.Civ.P. 10(a), the names of all parties must appear in the caption. The court may not consider a claim against anyone not identified in this section as a defendant. If you have more than six defendants, you may continue this section on another sheet of paper if you indicate below that you have done so.*

1. ~~James Ray Dixon~~
2. OFC Justin Tedesco
3. Ofc Joseph ACquino
4. OFC Michael ACquino
5. Ofc Adam Wigdorski
6. OFC Mark Hamilton

## 2. STATEMENT OF JURISDICTION

This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over the action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4), and 2201.

## 3. PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION NOTE:** *To list additional plaintiffs, use this format on another sheet of paper.*

Name and Prisoner Number of Plaintiff: James Ray Dixon 98517

Present Place of Confinement & Address: Erie County Correctional facility 11581 Walden Avenue Alden, New york 14004

Name and Prisoner Number of Plaintiff: ______

Present Place of Confinement & Address: ______

Carbon copyied
1 of 2

**DEFENDANT'S INFORMATION** **NOTE:** *To provide information about more defendants than there is room for here, use this format on another sheet of paper.*

Name of Defendant: Joseph ACquino

(If applicable) Official Position of Defendant: ______

(If applicable) Defendant is Sued in ______ Individual and/or ______ Official Capacity

Address of Defendant: Houseing unit (ASSignMent) H410

Name of Defendant: Justin Tedesco

(If applicable) Official Position of Defendant: ______

(If applicable) Defendant is Sued in ______ Individual and/or ______ Official Capacity

Address of Defendant: Houseing unit (ASSignment) H410

Name of Defendant: Michael ACquino

(If applicable) Official Position of Defendant: ______

(If applicable) Defendant is Sued in ______ Individual and/or ______ Official Capacity

Address of Defendant: Houseing unit (ASSignment) H410

## 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A. Have you begun any other lawsuits in **state or federal court** dealing with **the same facts involved in this action?** Yes ____ No X

If Yes, complete the next section. NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1. Name(s) of the parties to this other lawsuit:

   Plaintiff(s): ______

   Defendant(s): ______

2. Court (if federal court, name the district; if state court, name the county): ______

3. Docket or Index Number: ______

4. Name of Judge to whom case was assigned: ______

5. The approximate date the action was filed: ____________________

6. What was the disposition of the case?

Is it still pending? Yes____ No____

If not, give the approximate date it was resolved. ____________________

Disposition (check the statements which apply):

_____ Dismissed (check the box which indicates why it was dismissed):

_____ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

_____ By court for failure to exhaust administrative remedies;

_____ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

_____ By court due to your voluntary withdrawal of claim;

_____ Judgment upon motion or after trial entered for

_____ plaintiff

_____ defendant.

**B.** Have you begun **any other lawsuits** in **federal court** which **relate to your imprisonment?**

Yes_____ No X

If Yes, complete the next section. NOTE: *If you have brought more than one other lawsuit dealing with your imprisonment, use this same format to describe the other action(s) on another sheet of paper.*

1. Name(s) of the parties to this other lawsuit:

Plaintiff(s): ____________________

Defendant(s): ____________________

2. District Court: ____________________

3. Docket Number: ____________________

4. Name of District or Magistrate Judge to whom case was assigned: ____________________

5. The approximate date the action was filed: ____________________

6. What was the disposition of the case?

Is it still pending? Yes____ No____

If not, give the approximate date it was resolved. ____________________

Disposition (check the statements which apply):

_____ Dismissed (check the box which indicates why it was dismissed):

_____ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

_____ By court for failure to exhaust administrative remedies;

_____ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

_____ By court due to your voluntary withdrawal of claim;

_____ Judgment upon motion or after trial entered for

_____ plaintiff

_____ defendant.

---

## 5. STATEMENT OF CLAIM

For your information, the following is a list of some of the most frequently raised grounds for relief in proceedings under 42 U.S.C. § 1983. (This list does not include all possible claims.)

- Religion
- Free Speech
- Due Process
- Equal Protection
- Access to the Courts
- False Arrest
- Excessive Force
- Failure to Protect
- Search & Seizure
- Malicious Prosecution
- Denial of Medical Treatment
- Right to Counsel

**Please note that** it is not enough to just list the ground(s) for your action. You **must** include a statement of the facts which you believe support each of your claims. In other words, tell the story of what happened to you but do not use legal jargon.

**Fed.R.Civ.P. 8(a)** states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." "The function of pleadings under the Federal Rules is to give fair notice of the claim asserted. Fair notice is that which will enable the adverse party to answer and prepare for trial, allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial." Simmons v. Abruzzo, 49 F.3d 83, 86 (2d Cir. 1995). **Fed.R.Civ.P. 10(b)** states that "[a]ll averments of claim ... shall be made in numbered paragraphs, the contents of each of which shall be limited as far a practicable to a single set of circumstances."

---

## Exhaustion of Administrative Remedies

Note that according to **42 U.S.C. § 1997e(a)**, "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prison er confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

You must provide information about the extent of your efforts to grieve, appeal, or otherwise exhaust your administrative remedies, and you must attach copies of any decisions or other documents which indicate that you have exhausted your remedies for each claim you assert in this action.

**A. FIRST CLAIM:** On (date of the incident) July 2, 2016 00:30,

defendant (give the **name and position held** of **each defendant** involved in this incident) Ofc Justin TeDesco Arresting officer 2 ofc Joseph Acquino Recovered evidence 710.30 3 Michael Acquino 4 Adam Wigdorski #5 Mark Hamilton

did the following to me (briefly state what each defendant named above did): Kick in the front door to 362 French St buffalo n.y. 14211 without a Search warrent

The constitutional basis for this claim under 42 U.S.C. § 1983 is: Search and Seizure, Illegal Arrest, False arrest, Failure to protect

The relief I am seeking for this claim is (briefly state the relief sought): 250,000 Two hundred fifty thousand dollars

**Exhaustion of Your Administrative Remedies for this Claim:**

Did you grieve or appeal this claim? ______ Yes __X__ No If yes, what was the result? ______

Did you appeal that decision? ______ Yes ______ No If yes, what was the result? ______

*Attach copies of any documents that indicate that you have exhausted this claim.*

If you did not exhaust your administrative remedies, state why you did not do so: I copped out to a disordley Coundunct to bereleased from Jail witch I wasn't due to (POV) probation violation

**A. SECOND CLAIM:** On (date of the incident) ______,

defendant (give the **name and position held** of **each defendant** involved in this incident) ______

did the following to me (briefly state what each defendant named above did): ______

The constitutional basis for this claim under 42 U.S.C. § 1983 is: ______

The relief I am seeking for this claim is (briefly state the relief sought): ______

**Exhaustion of Your Administrative Remedies for this Claim:**

Did you grieve or appeal this claim? ______ Yes ______ No If yes, what was the result? ______

Did you appeal that decision? ______ Yes ______ No If yes, what was the result? ______

*Attach copies of any documents that indicate that you have exhausted this claim.*

If you did not exhaust your administrative remedies, state why you did not do so: ______

**If you have additional claims, use the above format and set them out on additional sheets of paper.**

## 6. RELIEF SOUGHT

*Summarize the relief requested by you in each statement of claim above.*

I would like Justice on this Case it caused a Probation violation and a bench warrent in Bradford PA. It caused alot Off cunnissary Jail time to be Served due to a faluse arrest.

Do you want a jury trial? Yes X No ____

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on 9-26-16
(date)

**NOTE:** *Each plaintiff must sign this complaint and must also sign all subsequent papers filed with the Court.*

[signature] 98517

Signature(s) of Plaintiff(s)

9-26-16
NOTARY: [signature]

CHRISTOPHER T. COUGHLIN
No. 01CO6294898
Notary Public, State of New York
Qualified in Erie County
My Commission Expires Dec. 23, 2017

James Dixon 98517
11581 Walden Avenue • Alden, New York 14004

BUFFALO
NY 140
28 SEP '16
PM 6 L

UNITED STATES POSTAGE
PITNEY BOWES
02 1P
$ 000.68⁰
0003211148 SEP 28 2016
MAILED FROM ZIP CODE 14202

.68

MD

look-up

94-cv-6296

United States District court
western District of New York
2 Niagara ~~N~~ Sq 14202

USDC - WDNY
SEP 30 2016
BUFFALO